### L. E. WATERMAN CO. v. MODERN PEN CO.

(Circuit Court of Appeals, Second Circuit. June 7, 1912.)

#### No. 208.

Appeal from the District Court of the United States for the Southern District of New York.

Action by the L. E. Waterman Company against the Modern Pen Company. From the decree complainant appealed. On motion for amendment of mandate (197 Fed. 534). Motion granted in part.

Samuel S. Watson, for appellant.

Alexander S. Bacon, for appellee.

Before WARD and NOYES, Circuit Judges, and HOLT, District Judge.

PER CURIAM. It is equitable that the penholders which the defendant has in good faith marked in accordance with Judge Hand's decree with the suffix "not connected with the original Waterman pen," or in accordance with the opinion of. this court before the use of the name "Arthur" was required, should be permitted to be sold and the order for the mandate may so provide.

The application for further changes in the order is denied.